IN RE:  MEDICAL REVIEW
PANEL PROCEEDINGS OF
TRAVIS PORCHE (D); PCF
FILE NO. 2021-00615

\* NO. 2024-C-0795

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

KKH

**HERMAN, J., CONCURS IN RESULT**